IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| HENRY PATRICK TILLEY AND GUSTINA TILLEY, § § § § Plaintiffs, § § v. § § SUNBEAM PRODUCTS, INC. AND § WALMART STORES, INC., § § Defendants. § | CIVIL ACTION NO.: 6:18-cv-00097 |

## DEFENDANT WALMART INC.'S DISCLOSURE STATEMENT

Defendant Walmart Inc. (improperly named "Walmart Stores, Inc.") files this Disclosure Statement pursuant to FED. R. CIV. P. 7.1. Walmart Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

By:  /s/Ryan D. Brown
**RYAN D. BROWN**
State Bar No. 24094567
ryan@hermes-law.com

**HERMES LAW, P.C.**
2001 N. Lamar Street, Suite 450
Oilwell Supply Building
Dallas, Texas 75202
(214) 749-6800
(214) 749-6801 (Fax)

**ATTORNEY FOR DEFENDANT WALMART INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on March 2, 2018, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for Plaintiffs through the CM/ECF system, and if Plaintiffs are not registered with the CM/ECF system the undersigned certifies that a copy was sent to counsel for Plaintiff via email.

Mark W. Moran, Esq.  
Amy C. Wright  
MUNCK WILSON MANDALA, LLP  
12770 Coit Road, Suite 600  
Dallas, TX  75251  
mmoran@munckwilson.com  
awright@munckwilson.com  

*Counsel for Plaintiffs*

                                  /s/Ryan D. Brown  
                                  **RYAN D. BROWN**