## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **HENRY PATRICK TILLEY AND GUSTINA TILLEY** | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO.: 6:18-CV-00097 |
| **SUNBEAM PRODUCTS, INC., ET AL.** | § § § | |
| Defendants. | § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)

Plaintiffs Henry Patrick Tilley and Gustina Tilley and Defendants Sunbeam Products, Inc. and Walmart Inc. (collectively "the Parties") file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a), and pursuant to the Court's order from November 24, 2018 (Doc #35).

All matters at issue have been resolved and a settlement with all parties has been reached. Plaintiffs Henry Patrick Tilley and Gustina Tilley have agreed to dismiss their claims against Defendants Sunbeam Products, Inc. and Walmart Inc. with prejudice. Accordingly, the Parties file this Stipulation of Dismissal with Prejudice. The Parties agree to pay their own costs and attorneys' fees.

Accordingly, the Parties hereby notify the Court that they are filing this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) and are submitting a proposed Agreed Order of Dismissal with Prejudice, and respectfully request that this case be dismissed in its entirety with prejudice.

[SIGNATURE PAGE BELOW]

Respectfully submitted,

*/s/Mark W. Moran* *(signed with permission)*
Mark W. Moran, Esq.
Texas Bar No. 00788076g
**MUNCK WILSON MANDALA, LLP**
12770 Coit Road, Suite 600
Dallas, Texas 75251
T: 972-628-3600
F: 972-628-3616
mmoran@munckwilson.com

*Attorney for Plaintiffs Henry Patrick Tilley and Gustina Tilley*

*/s/Ryan D. Marrone*
Ryan D. Marrone
Texas Bar No. 24094567
**HERMES LAW, P.C.**
Oilwell Supply Building
2001 North Lamar Street, Suite 450
Dallas, Texas 75202
T: (214) 749-6823
F: 214) 749-6801
ryan@hermes-law.com

*Attorney for Defendants Sunbeam Products, Inc. and Walmart Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/Ryan D. Marrone*
Ryan D. Marrone