IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **HENRY PATRICK TILLEY AND GUSTINA TILLEY** | § § § | |
| Plaintiffs, | § § | |
| V. | § § | **CIVIL ACTION NO.: 6:18-CV-00097** |
| **SUNBEAM PRODUCTS, INC., ET AL.** | § § § | |
| Defendants. | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the parties' Stipulation of Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a) filed December 21, 2018, (Doc #36), it is hereby ORDERED that this action be dismissed with prejudice, with costs taxed against the party incurring same.

This Order disposes of all claims among all parties and constitutes final judgment.